# United States Court of Appeals for the Federal Circuit

## E R R A T A

March 14, 2005

Appeal No. 04-3373  Clara B. Efthimiadis v. Department of the Army

NonPrecedential Opinion

Decided:  March 14, 2005

Page 5, line 15:  delete:  feasible . . . .” and insert:  feasible.”

Page 5, line 15:  delete:  The legislative history of the